UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKO KAWAMURA,<br><br>            Plaintiff,<br><br>      v.<br><br>MAMMOTH HOSPITAL, et al.,<br><br>            Defendants. | Case No.  1:25-cv-00789-KES-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO E-FILE DOCUMENTS<br><br>(ECF No. 4) |

Plaintiff Keiko Kawamura is proceeding *pro se* in this civil action, purporting to bring claims on behalf of herself and on behalf of her minor child, K.N.B. Now before the Court is Plaintiff's motion for leave to electronically file (e-file) documents. (ECF No. 4). In support of her motion, she states, among other things, that she is capable of using the e-filing system and has regular access to a computer and the internet, she has a valid email address and agrees to receive electronic service of all documents, and she understands that she must comply with all e-filing rules and procedures.

Under the Court's Local Rules, *pro se* parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an exception to this rule must be submitted as a stipulation between the parties or a "written motion[ ] setting out an explanation of reasons for the exception." Local Rule 133(b)(3). It is within the Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, 2013 WL

1

2603413, at *3 (E.D. Cal. June 11, 2013).

Upon review of Plaintiff's representations in her motion, the Court will grant it, with the caveats noted below. Most importantly, for the reasons explained in the Court's recent show cause order, Plaintiff cannot file documents on behalf of K.N.B., whom Plaintiff is unable to represent without an attorney. (ECF No. 6).

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to e-file documents (ECF No. 4) is granted.  Plaintiff has permission to electronically file (e-file) documents for herself only.[1]
2. The Clerk of Court shall mail a copy of this order to Plaintiff. However, once Plaintiff has registered an account for e-filing, the Clerk of Court will not be required to mail future orders (or other court filings to her), unless the Court specifically directs the Clerk of Court to do so. Rather, Plaintiff will receive electronic service of filings only.

IT IS SO ORDERED.

Dated: **July 11, 2025**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may not e-file any documents on behalf of K.N.B.;

2