UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKO KAWAMURA,<br><br>   Plaintiff,<br><br>  v.<br><br>MAMMOTH HOSPITAL, et al.,<br><br>   Defendants. | Case No. 1:25-cv-00789-KES-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND PARTIES ON THE DOCKET TO REFLECT THE PARTIES NAMED IN PLAINTIFF'S AMENDED COMPLAINT<br><br>(ECF No. 14)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CLAIMS BROUGHT ON BEHALF OF MINOR PLAINTIFF K.N.B. SHOULD NOT BE DISMISSED FOR LACK OF ATTORNEY<br><br>(ECF No. 6) |

  Plaintiff Keiko Kawamura is proceeding *pro se* in this civil action filed against Defendants Mammoth Hospital, Northern Inyo Healthcare District, and various individuals, with Plaintiff alleging causes of actions that generally stem from the medical care provided, or lack thereof, during the birth of her daughter, K.N.B., who is a minor. (*See* ECF No. 14).

  Because Plaintiff's initial complaint asserted claims on behalf of K.N.B. without an attorney, on July 11, 2025, the Court issued an order for Plaintiff to show cause why the claims of K.N.B. should not be dismissed without prejudice because Plaintiff had no authority to represent K.N.B. (ECF No. 6).[1]

---

[1] At Plaintiff's request, the Court extended the deadline twice for Plaintiff to respond to the Court's order, setting a final deadline of October 31, 2025. (ECF Nos. 10, 13).

1

On October 28, 2025, Plaintiff filed a first amended complaint, omitting K.N.B. as a plaintiff, and adding the following individual Defendants: Tom Parker; Dr. Kyle Patrick Howell; Dr. Martha B. Kim; Dr. Anne E. Gasior; Maya Malgorzata Eismont, R.N.; and Patty Dickson.

Accordingly, the Court will direct the Clerk of Court to amend the docket to reflect the parties named in Plaintiff's first amended complaint (ECF No. 14) as directed below.

Moreover, because Plaintiff no longer intends to pursue claims on behalf of K.N.B., the Court discharges its order to show cause why claims brought on behalf of minor K.N.B. should not be dismissed for lack of attorney. (ECF No. 6).

However, also in the Court's July 11, 2025 order (ECF No. 6), the Court noted that Plaintiff had filed various documents since initiating this case, including the complaint, *in forma pauperis* (IFP) application, and motion for leave to use name of minor Plaintiff, that improperly identified K.N.B. by her full name in violation of Federal Rule of Civil Procedure 5.2(a)(3). (ECF Nos. 1, 2, 3). Accordingly, the Court directed the Clerk of Court to seal these filings and set a deadline for Plaintiff to file redacted copies of them.

Plaintiff has not complied with the Court's order to file redacted copies of the initial complaint, IFP application, and motion for leave to use name of minor Plaintiff. (ECF Nos. 1, 2, 3). In her amended complaint, Plaintiff states that she believes that she complied with this requirement: "Pursuant to Federal Rule of Civil Procedure 5.2(a), Plaintiff submits a redacted and amended version of the Complaint. This filing complies with the Court's privacy policy." (ECF No. 14, p. 2). Although Plaintiff's complaint complies with the Court's privacy policy, Plaintiff failed to submit copies of the previous filings with the name of K.N.B. redacted, *i.e.*, covered or blackened out.

However, because Plaintiff no longer proceeds on the initial complaint, the Court will not require Plaintiff to file redacted copies of the filings that are currently sealed due to disclosing the minor Plaintiff's name. However, Plaintiff is warned that she must comply with the Court's privacy rules going forward, and pleadings that contain the full name of any minor may be stricken.

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to add the following individual Defendants to the docket:

Tom Parker; Dr. Kyle Patrick Howell; Dr. Martha B. Kim; Dr. Anne E. Gasior; Maya Malgorzata Eismont, R.N.; and Patty Dickson. (ECF No. 14).

2. The Clerk of Court is directed to amend the docket to delete "*and on behalf of her minor child*" following "**Keiko Kawamura, Pro Se E-Filer** *individually*" to reflect that Plaintiff is no longer bringing claims on behalf K.N.B., a minor. (ECF No. 14).

IT IS SO ORDERED.

Dated:   **October 29, 2025**                   /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

3