UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIKO KAWAMURA,<br>Plaintiff,<br>v.<br>MAMMOTH HOSPITAL, et al.,<br>Defendants. | Case No. 1:25-cv-00789-KES-EPG<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>Doc. 25 |

Plaintiff Keiko Kawamura is proceeding *pro se* and *in forma pauperis* in this civil action.

On March 13, 2026, the assigned magistrate judge issued findings and recommendations, recommending that this case proceed only on Plaintiff's claims that Defendant Mammoth Hospital failed to screen Plaintiff under 42 U.S.C. § 1395dd(a) and failed to stabilize her under § 1395dd(b), in violation of EMTALA. Doc. 25.

Plaintiff timely filed objections on April 9, 2026. Doc. 26.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 13, 2026, Doc. 25, are adopted in

full.

2. This case shall proceed on Plaintiff Second Amended Complaint, Doc. 24, on her claims that Defendant Mammoth Hospital failed to screen her under 42 U.S.C. § 1395dd(a) and failed to stabilize her under § 1395dd(b).

3. All other claims and Defendants are dismissed without prejudice and without further leave to amend.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE