UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEIKO KAWAMURA,

Plaintiff,

v.

MAMMOTH HOSPITAL,

Defendant.

No. 1:25-cv-00789-KES-EPG

**ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**

Plaintiff Keiko Kawamura ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil action originally filed against Defendants Mammoth Hospital, Northern Inyo Healthcare District, and their employees, with Plaintiff alleging various causes of action that generally stem from the medical care provided, or lack thereof, during the birth of her minor daughter, K.N.B. (ECF Nos. 1, 2, 5).

Plaintiff filed a second amended complaint on February 25, 2026, (ECF No. 24), which the Court screened on March 13, 2026, again concluding that that the only cognizable claims in this case are that Defendant Mammoth Hospital failed to screen Plaintiff under 42 U.S.C. § 1395dd(a) and failed to stabilize her under § 1395dd(b) in violation of the EMTALA, (ECF No. 25). The Court further recommended that all other claims and defendants be dismissed without further leave to amend. (*Id.*). On August 7, 2026, District Judge Kirk E. Sherriff entered an order adopting the March 13, 2026, findings and recommendations. (ECF No. 28). This case now proceeds on Plaintiff's claims for violations of §§ 1395dd(a) and (b) of the EMTALA asserted in the second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant:
   a. **Mammoth Hospital**
2. The Clerk of Court shall send Plaintiff a USM-285 form, a summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint filed on February 25, 2026. (ECF No. 24).
3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:
   a. Completed summons for the defendant listed above;
   b. Completed USM-285 form for the defendant listed above; and
   c. Two (2) copies of the endorsed complaint filed on February 25, 2026, (ECF No. 24)
4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
5. **<u>Failure to comply with this order will result in a recommendation that this action be dismissed.</u>**

IT IS SO ORDERED.

Dated: **August 14, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE